THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TAFT JONES, Defendant-Appellant.

(No. 58697; )

First District (3rd Division)—February 7, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.